```
MORGAN, LEWIS & BOCKIUS LLP
JOSEPH DUFFY, State Bar No. 241854
jduffy@morganlewis.com
NOELLE B. MCCALL, State Bar No. 240273
nmccall@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:  213.612.2501
```

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MAYBAUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYS "R" US, INC., a Delaware corporation, TOYS "R" US-DELAWARE, INC., a Delaware corporation, TOYSRUS.COM, INC., a Delaware corporation, BABIES "R" US, INC., a Delaware corporation, BABIESRUS.COM, LLC, a Delaware limited liability company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. LACV11-7063 R(PJWx)<br><br>**DEFENDANTS' CERTIFICATE AND NOTICE OF INTERESTED PARTIES**<br><br>[LOCAL RULE 7.1-1] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for defendants Toys "R" Us, Inc. and Toys "R" Us – Delaware, Inc., and the improperly named entities Toysrus.com, Inc., Babies "R" Us, Inc., and Babiesrus.com, LLC certify that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.

1. Laura Maybaum (Plaintiff)

2. Toys "R" Us, Inc. (Defendant)

3. Toys "R" Us – Delaware, Inc. (Defendant)

4. Purported Defendants Toysrus.com, Inc., Babies "R" Us, Inc., and Babiesrus.com, LLC are no longer actual corporate entities. Toysrus.com and Babiesrus.com are websites operated by Toys "R" Us-Delaware, Inc. and are not incorporated entities.

These representations are made so as to enable this Court to evaluate possible disqualification or recusal.

Dated: August 26, 2011

MORGAN, LEWIS & BOCKIUS LLP

By _____
Joseph Duffy
Attorneys for Defendants