| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOSEPH DUFFY, State Bar No. 241854<br>jduffy@morganlewis.com |
| 3 | NOELLE B. MCCALL, State Bar No. 240273<br>nmccall@morganlewis.com |
| 4 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| 5 | Tel: 213.612.2500<br>Fax: 213.612.2501 |
| 6 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MAYBAUM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYS "R" US, INC., a Delaware corporation, TOYS "R" US-DELAWARE, INC., a Delaware corporation, TOYSRUS.COM, INC., a Delaware corporation, BABIES "R" US, INC., a Delaware corporation, BABIESRUS.COM, LLC, a Delaware limited liability company and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. LACV11-7063 R(PJWx)<br><br>**DEFENDANTS' DISCLOSURE STATEMENT**<br><br>[FRCP 7.1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Toys "R" Us, Inc., Toys "R" Us – Delaware, Inc., and the improperly named Toysrus.com, Inc., Babies "R" Us, Inc. and Babiesrus.com, LLC, through counsel, hereby state:

    1.    Toys "R" Us, Inc. has no parent company.

2. Three investment firms own approximately 98.1% of Toys "R" Us, Inc.'s outstanding voting common stock: (1) Bain Capital Partners, LLC; (2) Kohlberg Kravis Roberts & Co. L.P.; and (3) Vornado Realty Trust.

3. Toys "R" Us, Inc. is the ultimate parent company of Toys "R" Us – Delaware, Inc. and Toys "R" Us, Inc. owns 100% of Toys "R" Us-Delaware, Inc.'s stock.

4. Purported Defendants Toysrus.com, Inc., Babies "R" Us, Inc., and Babiesrus.com, LLC are no longer actual corporate entities. Toysrus.com and Babiesrus.com are websites maintained by Toys "R" Us-Delaware, Inc. and are not incorporated entities. Babies "R" Us is a brand name owned and operated by Toys "R" Us-Delaware, Inc.

Defendants expressly reserve their right to amend or supplement this Rule 7.1 Disclosure in the future.

Dated: August 26, 2011

MORGAN, LEWIS & BOCKIUS LLP

By _____
Joseph Duffy
*Attorneys for Defendants*